HENRY WEISMAN, Appellant, *v.* EXECUTIVES HOLDING CORPORATION, Respondent.

(Argued January 7, 1930; decided January 17, 1930.)

*Louis Cohen* for appellant.

*Thomas W. Constable* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.